1

2

3

4

5

6

7

8

9          IN THE UNITED STATES DISTRICT COURT

10        FOR THE EASTERN DISTRICT OF CALIFORNIA

11

12   PATRICK O. FRANKLIN, SR.,

13              Plaintiff,                    CV F 05 0520 REC WMW P

14        vs.

15   HARRIS PHILLIPS, et al.,

16              Defendants.                   ORDER RE FINDINGS &
                                              RECOMMENDATIONS (#9)
17

18

19        Plaintiff, a state prisoner proceeding pro se, has filed this civil rights action

seeking relief under 42 U.S.C. § 1983.  The matter was referred to a United States Magistrate

20   Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 72-302.

21        On January 29, 2007, the magistrate judge filed findings and

22   recommendations herein which were served on plaintiff and which contained notice to

23   plaintiff that any objections to the findings and recommendations were to be filed within

24   twenty (20) days.  Plaintiff has not filed objections to the findings and recommendations.

25        Although it appears from the file that plaintiff's copy of the findings and

26

1

recommendations was returned, plaintiff was properly served.  It is the plaintiff's responsibility to keep the court apprised of his current address at all times.  Pursuant to Local Rule 83-182(d), service of documents at the record address of the party is fully effective.

The court has reviewed the file and finds the findings and recommendations to be supported by the record and by the magistrate judge's analysis.  Accordingly, IT IS HEREBY ORDERED that:

1.  The Findings and Recommendations filed January 29, 2007, are adopted in full; and

2.  This action is dismissed without prejudice for failure to prosecute.  The Clerk is directed to close this case.

IT IS SO ORDERED.

**Dated:    February 25, 2007**                        **/s/ Oliver W. Wanger**
emm0d6                                                    UNITED STATES DISTRICT JUDGE